UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2010 FEB -2 P 1: 19

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

10-CR-014

Case No.
[T. 21 U.S.C. §§ 841(a)(1) and 843(a)(3)]

v.

ROGER A. PELLMANN, M.D.,

    Defendant.

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**Allegations Common to all Counts**

1. At all times relevant:

    a. The defendant, Roger A. Pellmann, was a medical doctor licensed to practice in the State of Wisconsin.

    b. Pellmann operated a medical clinic in Germantown, Wisconsin, under the names Center for Medical Imaging, Inc. and Vein & Laser Clinics, S.C.

    c. Pellmann possessed a registration with the U.S. Drug Enforcement Administration ("DEA") that authorized him to prescribe, administer, dispense, and order controlled substances, including Fentanyl and morphine sulfate, both of which are Schedule II controlled substances.

d. As a DEA registrant, Pellmann was permitted to prescribe, administer, dispense, and order controlled substances only for a legitimate medical purpose within the scope of his professional practice.

## COUNTS ONE -TEN

## THE GRAND JURY FURTHER CHARGES:

2.  On or about the dates indicated, in the State and Eastern District of Wisconsin,

## ROGER A. PELLMANN, M.D.

did knowingly and intentionally possess with intent to distribute and distribute unlawfully Fentanyl, a Schedule II controlled substance, in the approximate quantities indicated, outside of his professional practice and not for a legitimate medical purpose.

| Count | Date | Quantity |
|---|---|---|
| One | October 6, 2009 | 600 2ml ampules of Fentanyl citrate |
| Two | October 13, 2009 | 600 2ml ampules of Fentanyl citrate |
| Three | October 14, 2009 | 600 2ml ampules of Fentanyl citrate |
| Four | October 21, 2009 | 600 2ml ampules of Fentanyl citrate |
| Five | October 26, 2009 | 600 2ml ampules of Fentanyl citrate |
| Six | October 30, 2009 | 600 2ml ampules of Fentanyl citrate |
| Seven | November 3, 2009 | 600 2ml ampules of Fentanyl citrate |
| Eight | November 9, 2009 | 600 2ml ampules of Fentanyl citrate |
| Nine | November 12, 2009 | 600 2ml ampules of Fentanyl citrate |
| Ten | November 17, 2009 | 600 2ml ampules of Fentanyl citrate |

All in violation of Title 21, United States Code, Section 841(a)(1).

Case 2:10-cr-00014-CNC   Filed 02/02/10   Page 3 of 5   Document 5

## COUNTS ELEVEN - SIXTEEN

**THE GRAND JURY FURTHER CHARGES:**

3. On or about the dates indicated, in the State and Eastern District of Wisconsin,

**ROGER A. PELLMANN, M.D.**

did knowingly and intentionally obtain and acquire morphine sulfate, a Schedule II controlled substance, in the approximate amounts indicated, by misrepresentation, fraud, and deception, in that Pellmann issued prescriptions to pharmacies and submitted order forms (DEA Forms 222) to prescription drug suppliers to obtain morphine sulfate representing that the morphine sulfate would be used in the operation of his clinic, when, in fact, as Pellmann well knew, he obtained the morphine sulfate to administer to himself and others not within the scope of his professional practice.

| Count | Date | Quantity |
|---|---|---|
| Eleven | July 14, 2009 | 250 1ml vials of morphine sulfate |
| Twelve | July 24, 2009 | 20 20ml vials of morphine sulfate |

4

| Count | Date | Quantity |
|---|---|---|
| Thirteen | October 5, 2009 | 10 20ml vials of morphine sulfate |
| Fourteen | October 23, 2009 | 10 20ml vials of morphine sulfate |
| Fifteen | November 6, 2009 | 5 20ml vials of morphine sulfate |
| Sixteen | November 11, 2009 | 10 20ml vials of morphine sulfate |

All in violation of Title 21, United States Code, Section 843(a)(3).

A TRUE BILL:

Foreperson

Feb 2, 2010
Date

JAMES L. SANTELLE
United States Attorney

5