| Name of Defendant: Roger A. Pellman | Address: City, State and Zip Code): |
|---|---|
| Date of Birth: | Occupation: Physician |
| Name of Defendant's Attorney: Adam Essling | Address of Defendant's Attorney: Essling Law Office<br>309 N Water St - Ste 215<br>Milwaukee, WI 53202-5713<br>414-774-0750; Fax: 414-258-8080 |
| Name of U.S. Attorney: Matthew L. Jacobs | |

| Has warrant been issued? Yes | When? 01/14/10 | By Whom? PJG | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? Yes | When? 04/14/10 | Who? PJG | |
| Is the defendant in custody? No | Where? | | |

Pretrial Scheduling Conference Necessary?  ☐ YES   ☒ NO

| Issue: WARRANT | SUMMONS | NOTICE XX | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒          Green Bay Case ☐

Minor Offense

Petty Offense

Arraignment & plea before:          Judge:          Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:    21 U.S.C. §841(a)(1) Maximum penalties:  up to twenty years in prison and a fine of up to $1 million, or both, and a minimum term of SR of at least three years
21 U.S.C. §843(a)(3) Maximum penalties: up to four years in prison and a fine of up to $250,000, or both, plus a term of SR of up to three years

Agency/Agent:    S/A Ellen Roy, DEA and Diversion Investigator Sarah Osborne, DEA

OCDETF:    No